

NC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Frederick L. Blue                     )
                        Plaintiff,    )
                                      )
    vs.                               )        CASE NO. _____
Covenant Aviation                     )
Security, LLC                         )        EMPLOYMENT DISCRIMINATION
                        Defendant(s). )                COMPLAINT
                                      )
_____)

**DMR**

**CV22    5380**

1.    Plaintiff resides at:

Address  1544 Polk St    #14

City, State & Zip Code  San Francisco  CA

Phone  415-999-0048

2.    Defendant is located at:

Address  400 Quadrangle Drive  Suite A

City, State & Zip Code  Bolingbrook, IL  6040

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-

ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

      a. __ Failure to employ me.

      b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                  - 1 -

1        c. __ Failure to promote me.

2        d. __ Other acts as specified below.

3  _____

4  _____

5  _____

6  _____

7  _____

8  _____

9   5.    Defendant's conduct is discriminatory with respect to the following:

10        a. ☒ My race or color.

11        b. ☒ My religion.

12        c. ☒ My sex.

13        d. __ My national origin.

14        e. ☒ Other as specified below.

15        _____ defamation of character _____

16   6.    The basic facts surrounding my claim of discrimination are:

17  2/22  Human Resources Generalist requested

18  I write a letter regarding my religious headwear;

19  5/22, she brought up my religious body

20  fragrance.

21  The trainers who trained me all Hispanic

22  Latino and or Asian wasn't training me

23  proper or According to standard operational

24  process then started telling everyone

25   7.    The alleged discrimination occurred on or about  2/2022 - 9/2022

26                                   (DATE)

27   8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)         - 2 -

- 4 -

1  I was difficult to work me, but
2  the same trainer when training
3  their own race had no problems with
4  the trainee. These same trainer
5  began to defame my character by
6  telling all the other trainers,
7  managers and other high personal
8  that I was difficult and was hard
9  to train, was not get the tech,
10  and while making comments this
11  is not for you.
12  The lead, Roger, would put into
13  question parts of my uniform
14  stating that I had on the wrong
15  required ones— he stated to
16  intimidate me into placing me
17  into roles that I was not
18  train properly or they would place
19  me in areas to just be out their
20  way. I was bullied by other
21  members of other personal— jasmine
22  Harrassed and singled out. other
23  managerial staff to get signed into
24  the union. A very to to toxic
25  
26  // working environment.
27  // 
28      No matter how many times I
       went to the managerial staff
       their comment was

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]    maybe this is not for you

2/22 – 9/22

1   discriminatory conduct on or about _____.

2                                   (DATE)

3   9.      The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4   (copy attached), which was received by me on or about _____.

5                                   (DATE)

6   10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7           Yes _____     No ✗

8   11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9   including injunctive orders, damages, costs, and attorney fees.

10
11  DATED: __9/20/22__          _Medrick P Blue_____

12                                   SIGNATURE OF PLAINTIFF

13

14  (PLEASE NOTE: NOTARIZATION          _____

15  IS NOT REQUIRED.)                   PLAINTIFF'S NAME

16                                      (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 2 (Rev. 4/13)              - 3 -