**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FREDERICK LAMONT BLUE,**<br><br>     Plaintiff,<br><br>     v.<br><br>**COVENANT AVIATION SECURITY, LLC,**<br><br>     Defendants. | Case No.: 4:22-cv-05380-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>**DKT. NOS. 2, 16** |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation (Dkt. No. 16, Request for Reassignment to District Judge and Recommendation to Dismiss Complaint without Prejudice for Failure to Comply with Local Rule 3-11 (the "Report")) recommending this Court grant plaintiff's *in forma pauperis* ("IFP") application (Dkt. No. 2) and dismiss the instant action without prejudice, to which no party filed an objection.

The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, and for the reasons set forth in the Report, plaintiff's IFP application is **GRANTED** and the action herein is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Local Rule 3-11.

This Order terminates the case.

**IT IS SO ORDERED.**

Date: 5/2/2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**